IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THALIA D. WAGONER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-1014-C |
| | ) | |
| NORMAN PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT OF DISMISSAL

Upon consideration of the pleadings herein, and the Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED, AND DECREED that this action be and the same is hereby dismissed without prejudice.

DATED this 8th day of August, 2017.

ROBIN J. CAUTHRON
United States District Judge